

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00036-CR

| | | |
|---|---|---|
| DAVID ALLEN STEEN, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1442404D) |
| V. | § | October 4, 2018 |
| | § | Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the assessment of court costs of $289. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Wade Birdwell_____
    Justice Wade Birdwell